The relief described hereinbelow is SO ORDERED.

Signed July 21, 2010.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                              )
DAVIS, JEFFREY SCOTT,                               ) Case No. 09-22034-7  RDB
                                                    )
                    Debtor.                         )

### ORDER APPOINTING THE LAW OFFICE OF ERIC C. RAJALA AS ATTORNEY FOR THE TRUSTEE

THIS MATTER comes on for consideration upon the motion of the acting trustee, Eric C. Rajala, to employ attorney. Notice with opportunity for hearing on the motion was properly given, no timely objections were filed, and no hearing was held on the matter.

The Court, being first duly advised in the premises, upon review of the file, statements of the Trustee, and for good cause shown, finds the employment of the Law Office of Eric C. Rajala generally by the Trustee appears to be in the best interest of the estate, and the Trustee hereby is authorized to employ the Law Office of Eric C. Rajala, as attorney for the Trustee, for the purposes

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
*In Re: Davis, Jeffrey Scott*; Case No. 09-22034-7 RDB
<u>ORDER APPOINTING THE LAW OFFICE OF ERIC C. RAJALA AS ATTORNEY FOR THE TRUSTEE</u>
Page 2

set forth in the application to employ, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

IT IS THEREFORE BY THE COURT ORDERED that the findings hereinabove made should be and are made the order of the Court.

IT IS SO ORDERED.

###

Approved:


s/ Eric C. Rajala
Eric C. Rajala, Chapter 7 Trustee
Kansas Supreme Court No. 10082
Metcalf Bank Bldg, Ste 341
11900 College Blvd
Overland Park, KS 66210-3939
Telephone (913) 339-9806
Facsimile (913) 339-6695
eric@ericrajala.com